# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Elizabeth Anne Long
Attorney at Law
600 Jefferson St., Suite 504
Lafayette LA 70501

Hon. Ronald D. Cox
Cox Fitzgerald, L.L.C.
113 West Convent Street
Lafayette LA 70501

## REHEARING ACTION: May 11, 2011

**Docket Number: 10  01164-CA**

**CARLA BROUSSARD-SCHER**
**VERSUS**
**BRIAN CHRISTOPHER LEGENDRE, ET AL.**

**Appealed from Lafayette Parish Case No. C-20090641**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Oswald A. Decuir**
> **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brian Christopher Legendre and Tiffany Thomas** has this day

been

> **DENIED.**
> Peters, J., would grant rehearing.

cc: Daniel M. Landry III, Counsel for the Appellee